(Del. Rev. 11/14) Pro Se General Complaint Form

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Gloria Maria Montoya Santiago Ramirez
USINS Alias - Gloria Sasu
with USDHS/US State Adjustment of Status

*(In the space above enter the full name(s) of the plaintiff(s).)*

Civ. Action No. 25-466

*(To be assigned by Clerk's Office)*

-against- Supervisor USMS of NY/Calisha
American Airlines/US Aviation Marshall
British Airlines/DC-DSS/DCHFA
Air Canada/US FAA/Penn DOT/
Council of Nutritionist of BC/American Culinary Federation

**COMPLAINT**
(Pro Se)

Jury Demand?
☐ Yes
☒ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

FILED 2025 APR 17 PM 12:09
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

ABCA Clinical notice Abortion State ID - R/S 318 89250 from DellroypDsantiago to Kim Bladesburg DC and Maryland Rape inmates use use pr MacCarudy Page 1 of 8 792360010 DCHFA - Fraud under medicaid/medical number

(Del. Rev. 11/14) Pro Se General Complaint Form

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: Gloria Maria Montoya Santiago-Ramirez
Name (Last, First, MI)

Care of Greenberg Baldeman Law with Morgan and Morgan Law
Street Address

400 Market Street Wilmington DE 18704
County, City          State          Zip Code

240 473-2121          INFO@CGBLAWYERS.com
Telephone Number     E-mail Address (if available)

**Defendant(s)** 800-533-3669 & 215-686-5936 & 302575 Atty General 0660

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: American Airlines /with/ Aero Mexico
Name (Last, First)

Philadelphia International Airport
Street Address

Philadelphia          PA          19107
County, City          State          Zip Code

Defendant 2: Air Canada, Inc /USFAA Licensure
Name (Last, First)

JFK International Airport Terminals
Street Address

Queens New York          10012
County, City          State          Zip Code

(Del. Rev. 11/14) Pro Se General Complaint Form

**Defendant(s) Continued**

Defendant 3: British Airlines w/ British Immigration Agency
Name (Last, First)

120040 OHaria Street Passenger Tunnel
Street Address

London                England            SW117BY
County, City           State              Zip Code

Defendant 4: American Culinary Federation / with / Cancel of Nutritionist for British Columbia
Name (Last, First)

200368 Mean Street
Street Address

Boise    Idaho                    78704
County, City    State              Zip Code

## II.   BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☒ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☒ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

Directed At US Marshal of NY State with Executive Court Clerk in Brookland / Manhattan / White Plains. Sustainment of National Security measure can and has been breached when Subordinates override the executive regional licensure to create excessive hostility with their own agency and that of lower grade police agency and global partnerships with police services noted London Police / Abyssinian Police / Accra Police / Moscow Police

(Del. Rev. 11/14) Pro Se General Complaint Form

### III. VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:
Appropriate venue of selection for the civil case of lower grade police re-creating security failures (be declaring person(s) of crime; prism(s) of deportation; person(s) of education; person(s) condemened for murder convictions ento a GATE(S) of Free Entry without Exit into various points obsoleted border crossing/accessing/Counterfiet of US government Certificates/USA salesmen employment Access points pues Technological and devulging government Daily operations and its activities

### IV. STATEMENT OF CLAIM

Place(s) of occurrence: 844 North King Street Unit 18 Wilmington DE

Date(s) of occurrence: Jan 1st 1955 thru Dec 31 2099

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.* USA Based Credit Card Issuance Fraud; Illegal Entry to USA

FACTS: Stolen Property; Stalking; housing discrimination; assault of person

What happened to you?

Basic facts that USA government endured a series of security breaches to include word processors; building access; USA govt birth records; USA state ID/Driver Liscence; USA govt Bank Accounts; US DOE records to include State DOE of none relatives and fraudulent relatives; inmates Impersonation of USA govt dealy uniforms this Includes media sitcoms, newspaper; newcaster; cinematorgic; Subcontractors; education materials mismanagement

(Del. Rev. 11/14) Pro Se General Complaint Form

USA Passenger Identified as single black cuban female that has 3 different types of airline ticket prepaid/prepurchased by herself at her short stay apartment at Westgate Apartments of Laurel Maryland. She renewed her Nutritionist licensure in British Columbia enclosed with photo ID card and Canada British Security camera of her classroom time completion and active field hours under BC province regulatory agency demands its corresponded with her issued licensure of a meritter Nutritionist and Sous Chef and Secondary bartender with Canadian government writing initials of "RN" = equates = Registered Nutritionist NOT "RN/RD" that written Registered Nurse/Registered Dietician in American English. She was Injured in October 2024; November 2024

**Was anyone else involved?**

and a Virginia Police Car struck her from thoracic chest to knee(s) area as 5 foot 4 inch cuban citizen in presence of other police SUV that was witnessed by Virginia National Guard; Virginia State Troopers office and Virginia Prison System plus its transit bus operators, juvenile security team, DC police as Washington DC police dept with pager calls from the police body camera to WMAA for IAD/Leesburg Airport ICE/ERO/USCBP/USDHS Agents to reconfirm Miss Gloria Santiago Ramury as USINS Alias Miss Gloria Sason is not an USA Citizen" that directly matches Supervisor Special Agents from federal agencies noted TIGTA of US Treasury

Page **5** of **8**

IRS field Agents; USINS Agents not their security contractors that steal and mislead the public as Armed Hardware

(Del. Rev. 11/14) Pro Se General Complaint Form

and handcuff users that Secondary match Armed Cash Collection units for FDIC/FBI Agents for several Banks noted Synchrony Bank Lendings; Navy Federal Credit Union USA; Bank of America, TD Bank of Canada, Central Bank of Cuba & Central Bank of Mexico, British Bank of London-Wales; Russian Federation of Monetary Banks that require valid travel documents; health-liability coverage to be a TA-person financial transaction that secured building related Injury. Gloria Santiago Renney enclosed exhibits (evidences) from Philadelphia and New York Federal Cmts that match her current facial features regardless of her ROUTINE women health medicine for childbearing ages is not in her possession still due to housing displaced and compreation of several medical Centers

> Who did what?

that accepted Miss Gloria Santiago as an outpatient/medical inpatient/interwist patient for castrophic injuries during her approved US State Dept NYC issuance with US DHS work permit without a USA Power of Attorney, without USA government disdained usage of British solicator and USA surrogate that does not know the employee that is me as Miss Gloria Santiago whom is not "Homeless" and exhausted from the USA licensurees of physicians' denial of liability to and its responsibility for International Patents and Global based US State Dept's medical tourism visa also written as US Dept of Homeland Security medical urgent visa for medical/surgical/obstrie services that embedded inability to work at country of origin and abroad whereas US work permit for foreign and none US citizens

(Del. Rev. 11/14) Pro Se General Complaint Form

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.* Wrongful Detainments

Miss Gloria Santiago Injuries are as Stated theft of her Cuban passport at greater than 20 occurences, Bigotry by Nestle Nolteneus Staffers as Maribel Wade; Nadine, Felicia, Cynthia, Carlas Molina, Jennifer Lopez; Tom Henke Howell; Margret, Crawford, Rickerson (3) Slander and Lebel and assault; (4) MVC private Injury at greater than 10 occurences by US govt transport vehicle and police vehicle and private passenger vehicle and Taxi-Commisn Vehicles (5) Proffessional Malpractia (6) Other Labour Litigation; (7) Housing-Accomdation Failures (8) Annual Income Security (9) Other Immigration Actions failures due to (8A) Agricultural Acts Protection, theft/GSA employees and (8B) Telephone Protection clerks creating Larceny

## VI. RELIEF

The relief I want the court to order is:

☒ Money damages in the amount of: $ _____

Destruction of unwanted children property

☒ Other (explain): Return her Right to practice her Global Religion of Roman Catholics and her acquired Islam-Budha from long term Asian adopting Tribal clergy Shrine Homes

Replacement of her personal property real estate being damaged include own records/health records from medical slander by standers and Hearsay and perjurers

Recovery of Cable/SAT/Satelite TV from Hacking and destructive activities to include defamation and unwanted attention to include gang Rape by USA Mexican Homeless and Sex offenders with devil mental health Illegal Seebstance habetual users; include gang RAPE by USA Military and USA Military Police and USA Curelum Police with/without Impersonators of Armed Security Guard maturity and quarterly mandated evaluation of sanity of each Security guard. Concierge prison. armed govt Contractor. foreign government armed personnell's acts.

Enforcement of citywide/countywide/Statewide/US federal alien Detainee rights / Health coverage Before/during/threathen Sentencing/release from USA jail that contracted as "foreign jail all rental for deportation

Rehire-Retention of Healthcare/Pharmeutical Issuance; Return Enforcement of her Relief Judgements

(Del. Rev. 11/14) Pro Se General Complaint Form

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

April 17, 2025
Dated

[Plaintiff's Signature]

Gloria Maria Montoya Santiago Ramirez, Gloria Jose
Printed Name (Last, First, MI)     USINS Alien Dade County, Kansas — New Jersey Trenton Regimen

PO Box 7000 (USINS) Virginia Detainees Number
Address     Leesburg Virginia   City  20175  State  Zip Code

none on record            NONE on record
Telephone Number           E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**